1022

No. 87–1651.   MASSACHUSETTS v. OAKES.   Sup. Jud. Ct. Mass.   Certiorari granted.

No. 87–1616.   GRAHAM ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari granted, case consolidated with No. 87–963, Hernandez v. Commissioner of Internal Revenue [certiorari granted, 485 U. S. 1005], and a total of one hour allotted for oral argument.   JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 86–1944.   KWOUN ET AL. v. SOUTHEAST MISSOURI PROFESSIONAL STANDARDS REVIEW ORGANIZATION ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 87–1111.   MATTNER ET UX., DBA MATTNER FARMS v. BUENO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–1156.   GREGG ET UX. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 87–1256.   HYDROGEN TECHNOLOGY CORP. v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 87–1292.   JEDLICKA v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 10th Cir.   Certiorari denied.

No. 87–1314.   RUSSO v. UNITED STATES;
No. 87–1323.   PERSICO v. UNITED STATES;
No. 87–1324.   PERSICO ET AL. v. UNITED STATES;
No. 87–1553.   CATALDO v. UNITED STATES; and
No. 87–6597.   MCINTOSH v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Reported below: 832 F. 2d 705.

No. 87–1575.   ORION CORP. v. WASHINGTON ET AL.   Sup. Ct. Wash.   Certiorari denied.

No. 87–1627.   NASH ET AL. v. HOUSTON CIVIC CENTER.   C. A. 5th Cir.   Certiorari denied.